# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**KEITH HAUPTSTUECK,**            **CASE NO. 3:12-cv-356**

    Petitioner,                    **Judge Timothy S. Black**
                                        **Magistrate Judge Michael R. Merz**

   -vs-

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

       **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 2) of the United States Magistrate Judge is **ADOPTED**; that the Petitioner's Objections (Doc. 4) are **OVERRULED**; that the Petition is **DISMISSED** with prejudice; that any request for certificate of appealability is **DENIED**; that any appeal would be **CERTIFIED** as objectively frivolous; that any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **TERMINATED** from the docket.

Date: December 4, 2012                                    **JOHN P. HEHMAN, CLERK**

                                                                By: s/ M. Rogers
                                                                Deputy Clerk